

tion to at-will employment to protect the right of employees to carry weapons for rescue or self-defense. The district court held that Florida does not recognize a common law cause of action for wrongful discharge. *DeMarco v. Publix Super Markets, Inc.,* 360 So.2d 134, 136 (Fla.Ct. App.1978), *aff'd mem. DeMarco v. Publix Super Markets, Inc.,* 384 So.2d 1253, 1254 (Fla.1980); *Hartley v. Ocean Reef Club, Inc.,* 476 So.2d 1327, 1330 (Fla.Dist.Ct. App.1985).

After thorough review, we affirm on the basis of the district court's well-reasoned order granting summary judgment to the defendants.

AFFIRMED.

---

Before BIRCH, PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Roland Falcon, appointed counsel for Jeffrey Scott Aldridge, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED,** and Aldridge's conviction and sentence are **AFFIRMED.**

---

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jeffrey Scott ALDRIDGE,**
**Defendant–Appellant.**

No. 09–10646
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Sept. 22, 2009.

Patricia D. Barksdale, Jacksonville, FL, for Plaintiff–Appellee.

Jeffrey Scott Aldridge, Salters, SC, pro se.

---

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Stoney LESTER, Defendant–Appellant.**

No. 09–11670
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Sept. 22, 2009.

Stoney Lester, Petersburg, VA, pro se.